IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 20-CR-30149-DWD |
| Plaintiff, ) | |
| ) | Title 18, |
| vs. ) | United States Code, |
| ) | Sections 922(g)(1) and 924(a)(2) |
| LIDELL D. YATES, JR., ) | |
| ) | |
| Defendant. ) | |

**FILED**
**OCT 06 2020**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**POSSESSION OF A FIREARM BY A FELON**

On or about June 3, 2020, in St. Clair County, Illinois, within the Southern District of Illinois,

**LIDELL D. YATES, JR.,**

defendant herein, knowingly possessed a firearm in and affecting commerce, that is, a Glock Generation 4 .40 caliber firearm with serial number BECU264, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

1. The allegations contained above are hereby realleged and incorporation by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 18, United States Code,

Section 922(g)(1), the defendant, **Lidell D. Yates, Jr.**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including but not limited to:

a Glock Generation 4 .40 caliber firearm with serial number BECU264;

and all ammunition possessed therewith; all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL**

FOREPERSON

*Laura V. Reppert*
_____
LAURA REPPERT
Assistant United States Attorney

*Stwtt*  Digitally signed by STEVEN WEINHOEFT
Date: 2020.10.05 12:43:24 -05'00'
_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention